UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-3952-CAS(FFMx) | Date | March 16, 2009 |
|---|---|---|---|
| Title | *ROBERT RAMOS v. BAD BOYS BAIL BONDS, INC.; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) - ORDER TO SHOW CAUSE

On July 15, 2008, this Court set a Scheduling Conference on September 15, 2008. On September 15, 2008 pursuant to the parties' request, the Court continued the Scheduling Conference to March 16, 2009 at 10:00 a.m. No appearances were made at the March 16, 2009 Scheduling Conference.

**IT IS HEREBY ORDERED** that **the parties** show cause in writing not later than **March19, 2009** why this action should not be dismissed for lack of prosecution and the parties failure to appear at a Court ordered hearing**.**

The Court continues the Scheduling Conference from March 16, 2009 to **March 23, 2009**, at **11:00 a.m.** An updated Joint Report and ADR Questionnaire shall be filed on or before March 19, 2009.

|   | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |